**Paula SILVER and Mark Silver, H/W, Petitioners,**

v.

**Azedine MEDHKOUR, M.D., Pennsylvania Hospital; The Elliott Neurological Center; Rederick A. Simeone, M.D.; and Steven Dante, M.D., Respondents.**

Supreme Court of Pennsylvania.

April 7, 2003.

### ORDER

PER CURIAM.

**AND NOW,** this 7th day of April, 2003, we **GRANT** the Petition for Allowance of Appeal and **REVERSE** the Order of the Superior Court. *See Wolloch v. Aiken*, 815 A.2d 594, 596 (Pa.2002) (Pennsylvania Rule of Civil Procedure 1035.3(b) permits a plaintiff to avoid summary judgment by filing a timely response to the motion for summary judgment supplemented by expert reports).

Justices CASTILLE, NIGRO, and SAYLOR dissent.